[No. 27522-4-I.   Division One.   November 2, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. GEORGE CANTU, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 85-1-02558-6, Sharon S. Armstrong, J., entered November 30, 1990. *Affirmed* by unpublished per curiam opinion.

[No. 25656-4-I.   Division One.   November 2, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. KHALID BENDOURI, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 89-1-03514-2, R. Joseph Wesley, J., entered February 13, 1990. *Dismissed* by unpublished per curiam opinion.

[No. 27968-8-I.   Division One.   November 2, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL MINEARD, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 90-1-07104-5, Jerome M. Johnson, J., entered March 5, 1991. *Dismissed* by unpublished per curiam opinion.

[No. 29596-9-I.   Division One.   November 2, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. KENNETH E. JAMES, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 90-1-07245-9, Steven G. Scott, J., entered November 26, 1991. *Dismissed* by unpublished per curiam opinion.